# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL HULSE,

          Plaintiff,

vs.

DWIGHT NEVENS, et al.,

          Defendants.

Case No. 2:16-cv-01927-KJD-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion for Court Order or Instruction (ECF No. 6), filed on November 28, 2016.

On August 15, 2016, Defendants filed their Petition for Removal (ECF No. 1). Plaintiff requests that the Court review this matter and provide instructions on how he should proceed appropriately. The Court can not give legal advice to Plaintiff, but encourages him to fully educate himself on the Federal Rules of Civil Procedure and the Local Rules of Practice for the District of Nevada. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Court Order or Instruction (ECF No. 6) is **denied**.

DATED this 13th day of December, 2016.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge