# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MICHAEL HULSE,

    Plaintiff,

v.

DWIGHT NEVENS, *et al.*,

    Defendants.

Case No. 2:16-CV-01927-KJD-GWF

**ORDER**

    Court mail has been returned from Ely State Prison, the location and address at which Plaintiff indicated he was incarcerated with a notation reflecting that Plaintiff was "Not at ESP". As Plaintiff has failed to comply with Local Rule LSR 2-2, which requires him to promptly inform the Court of any changes in address,

    IT IS THEREFORE ORDERED that this action is **DISMISSED** without prejudice.

    DATED this 25TH day of October 2017.

_____
Kent J. Dawson
United States District Judge